1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10
11
12

| | |
|---|---|
| ERNEST O. BROCK, | Case No. 1:18-cv-01615-DAD-EPG |
| Plaintiff, | ORDER ACCEPTING JOINT STIPULATION TO SUBMIT TO DEFENSE NEUROPSYCHOLOGICAL EXAMINATION |
| v. | |
| COUNTY OF FRESNO, FRESNO COUNTY SHERIFF'S OFFICE, AND DOES 1 THROUGH 20, | (ECF NO. 12) |
| Defendants. | |

13
14
15
16
17
18

Pursuant to Plaintiff Ernest Brock's and Defendant County of Fresno's Stipulation (ECF No. 12) regarding the terms and conditions of Plaintiff Ernest Brock's mental examination, IT IS ORDERED that the Court accepts the stipulation. The terms and conditions set forth in the Joint Stipulation (ECF No. 12, p. 2-8) shall govern Plaintiff Ernest Brock's mental examination.

19
20
21
22
23

IT IS SO ORDERED.

24
25

Dated:  **May 30, 2019**          /s/ _Erica P. Grosjean_
                                      UNITED STATES MAGISTRATE JUDGE

26
27
28

1