James D. Weakley, Esq.   Bar No. 082853
Ashley N. Reyes, Esq.    Bar No. 312120

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Ashley@walaw-fresno.com

Attorneys for Defendant, County of Fresno on behalf of Fresno County Sheriff's Department

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RANKIN BROCK,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT; and DOES 1-200, inclusive,<br><br>Defendants. | CASE NO. 1:18-CV-01615-DAD-EPG<br><br>**JOINT MID-DISCOVERY STATUS CONFERENCE STATEMENT**<br><br>Date: August 12, 2019<br>Time: 10:00 a.m.<br>Dept.: 10<br>U.S. Magistrate Judge Erica P. Grosjean<br>Trial Date: March 3, 2020<br><br>Complaint Filed: October 11, 2018<br>Trial Date: October 20, 2020 |

Plaintiff, ERNEST O'NEIL RANKIN BROCK; and Defendant COUNTY OF FRESNO, by and through their attorneys of record, hereby submit the following Joint Status Report of the Parties pursuant to the Court's Order [Doc. 9].

## STATUS REPORT

Following the Court's Scheduling Conference held on February 7, 2019, the parties have engaged in written discovery and have scheduled a mediation to be held before Justice Stephan Kane on October 15, 2019.

**1.   Plaintiff's Status**

Plaintiff has served written discovery on Defendant. Responses are pending.

On June 25, 2019, Plaintiff submitted to a Rule 35 Neuropsychologist exam performed by Howard J. Glidden. Ph.D.  A report has not been issued to date.

Plaintiff informally provided his own Neuropsychologist's (Randell Epperson, Ph.D) report to Defendant.

Plaintiff intends to take the Depositions of officers who had contact with Plaintiff before, during, and after the incident, and the Deposition of Persons Most Knowledgeable of policies and procedures.

Plaintiff intends to take the Deposition of Robert Luna, who attacked Plaintiff in his cell.

Plaintiff intends to serve subpoenas on various prison regulatory agencies and entities providing services to the Defendant.

**2.     County's Status**

Written discovery has been served on Plaintiff and responses were received. Records relating to Plaintiff have also been subpoenaed.

The County intends to take the depositions of Plaintiff and Plaintiff's family members and/or friends who can testify to Plaintiff's damages.

The County's Neuropsychologist performed a Rule 35 Exam on Plaintiff on June 25, 2019. The report has not yet been completed.

DATED: August 2, 2019         LAW OFFICES OF LOYST P. FLETCHER

By: *Loyst P Fletcher*
Loyst P. Fletcher
Attorney for Plaintiff
ERNEST O'NEIL RANKIN BROCK

DATED: August 2, 2019         WEAKLEY & ARENDT
A Professional Corporation

By:   /s/ *Ashley N. Reyes*
James D. Weakley
Ashley N. Reyes
Attorneys for Defendant
COUNTY OF FRESNO

Joint Mid Discovery Status Conference Statement

2