LAW OFFICES OF LOYST P. FLETCHER
LOYST P. FLETCHER, SBN 175539
555 West 5th Street, 35th Floor
Los Angeles, California - 90013
Phone: (424) 231-2864
Fax:    (213) 402-7663
loyst@lpfletcherlaw.com

Attorneys for Plaintiff
ERNEST O'NEIL RAHKIN BROCK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RANKIN BROCK,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT; and DOES 1-200, inclusive,<br><br>    Defendants. | CASE NO. 1:18-CV-01615-DAD-EPG<br><br>**NOTICE OF MOTION AND MOTION TO APPOINT KAREN NORRIS GUARDIAN AD LITEM FOR PLAINTIFF ERNEST O'NEIL RAHKIN BROCK, INCAPACITATED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LOYST FLETCHER IN SUPPORT THEREOF (FED. R. CIV. P. 17(b))**<br><br>**Proposed Date:** November 1, 2019<br>**Proposed Time:** 10:00AM<br>**Location:** 2500 Tulare Street, Courtroom 10, 6th Floor Fresno, California 93721<br><br>**U.S. Magistrate:** Judge Erica P. Grosjean<br>**Dept**.: 10<br>**Complaint Filed**: October 11, 2018<br>**Trial Date**: October 20, 2020 |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, ERNEST O'NEIL RAHKIN BROCK, on **November 1, 2019 at 10:00AM in Courtroom 10,** will move the above-entitled Court for an

---

NOTICE OF MOTION AND MOTION TO APPOINT GUARDIAN AD LITEM FOR PLAINTIFF ERNEST O'NEIL RAHKIN BROCK, INCAPACITATED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LOYST FLETCHER IN SUPPORT THEREOF (FED. R. CIV. P. 17(b))

1  Order appointing KAREN NORRIS as guardian ad litem in place of Plaintiff ERNEST O'NEIL
2  RAHKIN BROCK in the above-entitled action.
3      The grounds for the Motion are that ERNEST O'NEIL RAHKIN BROCK is
4  incapacitated. Rule 17(b) of the Federal Rules of Civil Procedure expressly authorizes this
5  Court to appoint a guardian ad litem for ERNEST O'NEIL RAHKIN BROCK.
6      This Motion is based on this Notice, the attached Memorandum of Points and
7  Authorities, the Declaration of Loyst Fletcher, the papers and pleadings on file herein and upon
8  such other oral and documentary evidence as may be presented at the time of the hearing as
9  requested by the Court.

11  DATED: October 10, 2019        LAW OFFICES OF LOYST P. FLETCHER

13                     By:  _____
14                          Loyst P. Fletcher
                            Attorney for Plaintiff
                            ERNEST O'NEIL RANKIN BROCK

26  ///
27  ///

**NOTICE OF MOTION AND MOTION TO APPOINT GUARDIAN AD LITEM FOR PLAINTIFF ERNEST O'NEIL RAHKIN BROCK, INCAPACITATED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LOYST FLETCHER IN SUPPORT THEREOF (FED. R. CIV. P. 17(b))**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

On or about January 19, 2018, Plaintiff sustained an anoxic brain injury, and as a consequence, lacks capacity. See Fletcher Decl., ¶ 3.

Karen Norris, ("Ms. Norris"), whose address is 9360 N. Blackstone #257, Fresno, CA-93720, is a competent and responsible person, whose relationship to the Plaintiff is that of his grandmother. See Fletcher Decl., ¶ 4. Plaintiff currently resides with Ms. Norris. See Fletcher Decl., ¶ 4. Ms. Norris meets all the qualifications required by this Court for guardian ad litem, is ready, willing, and able to represent Plaintiff in this action to the best of her ability, and is fully competent to understand and protect Plaintiff's rights. See Fletcher Decl., ¶ 4. Ms. Norris has no interest adverse to those of Plaintiff, and is not connected in her business with any adverse party. See Fletcher Decl., ¶ 4.

## II.

## GOOD CAUSE EXISTS FOR THIS COURT TO APPOINT A GUARDIAN AD LITEM FOR PLAINTIFF

Federal Rules of Civil Procedure, Rule 17(b), expressly authorizes this Court to appoint a guardian ad litem for a Plaintiff lacking capacity. Further, the United States District Court, Eastern District of California, Local Rule 17-202(a), states in pertinent part:

" ... the attorney representing the incompetent person shall present (2) a motion for the appointment of a guardian *ad litem* by the Court. See Fed. R. Civ. P. 17(b)."

In this instant Motion, good cause exists for the appointment of Ms. Norris as guardian *ad litem* for Plaintiff, who is incapacitated as a result of a well-documented traumatic brain injury whereby Plaintiff was in a coma for three days following an inmate attack, which is the subject of this present action. See Fletcher Decl., ¶ 3. As stated, Ms. Norris meets all the

qualifications required by this Court for guardian *ad litem,* is ready, willing, and able to represent Plaintiff in this action to the best of her ability, and is fully competent to understand and protect the rights of Plaintiff. See Fletcher Decl., ¶ 4. Ms. Norris has no interest adverse to those of Plaintiff, and is not connected in her business with any adverse party. See Fletcher Decl., ¶ 4.

## III.

## CONCLUSION

Based on the foregoing, incapacitated Plaintiff respectfully requests that this Court enter an Order appointing Ms. Norris as guardian ad litem in the instant action.

DATED: October 10, 2019        LAW OFFICES OF LOYST P. FLETCHER

By: _/s/ Loyst P. Fletcher_
Loyst P. Fletcher
Attorney for Plaintiff
ERNEST O'NEIL RANKIN BROCK

///

///

---

**NOTICE OF MOTION AND MOTION TO APPOINT GUARDIAN AD LITEM FOR PLAINTIFF ERNEST O'NEIL RAHKIN BROCK, INCAPACITATED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LOYST FLETCHER IN SUPPORT THEREOF (FED. R. CIV. P. 17(b))**

**DECLARATION OF LOYST FLETCHER**

I, Loyst Fletcher, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and am principle of the Law Offices of Loyst Fletcher, counsel of record for Plaintiff Ernest Brock, an adult who is incapacitated. I have personal knowledge of the facts contained in this declaration, and if called upon to do so, I could and would competently testify to the matters set forth below.

2. On October 11, 2018, Plaintiff filed a civil Complaint with the Superior Court of California for the County of Fresno, Case No. 18CECG03794, which was later removed and transferred to the above-entitled Court.

3. Plaintiff, as a result of this incident, suffered a traumatic brain injury and was in a coma for three days. Plaintiff has been diagnosed with an anoxic brain injury and thereby is incapacitated.

4. Karen Norris' ("Ms. Norris") address is 9360 N. Blackstone #257, Fresno, CA 93720. Ms. Norris is a competent and responsible person, whose relationship to the Plaintiff is that of his grandmother. Plaintiff currently resides with Ms. Norris. Ms. Norris meets all the qualifications required by this Court for guardian ad litem, is ready, willing, and able to represent Plaintiff in this action to the best of her ability, and is fully competent to understand and protect the rights of Plaintiff. Ms. Norris has no interest adverse to those of Plaintiff and is not connected in her business with any adverse party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 10, 2019, at Los Angeles, California.

_/s/ Loyst Fletcher_
Loyst Fletcher, Declarant

---

**NOTICE OF MOTION AND MOTION TO APPOINT GUARDIAN AD LITEM FOR PLAINTIFF ERNEST O'NEIL RAHKIN BROCK, INCAPACITATED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LOYST FLETCHER IN SUPPORT THEREOF (FED. R. CIV. P. 17(b))**

# PROOF OF SERVICE

STATE OF CALIFORNIA, FOR THE COUNTY OF LOS ANGELES;

I certify and declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 West 5th Street, 35th Floor, Los Angeles, CA 90013.

On **October 10, 2019**, I served on the party(ies) of record in this action the foregoing document(s) described as:

NOTICE OF MOTION AND MOTION TO APPOINT GUARDIAN AD LITEM FOR PLAINTIFF ERNEST O'NEIL RAHKIN BROCK, A MINOR; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LOYST FLETCHER IN SUPPORT THEREOF (FED. R. CIV. P. 17(B)

by placing  X  the original ___ a true copy thereof enclosed in a sealed envelope as follows:

| | |
|---|---|
| Weakley and Arendy | Attorney for Defendant |
| Jim Weakley | County of Fresno |
| Ashley Reyes | |
| 5200 N. Palm Ave., Ste. 211 | |
| Fresno, CA 93704 | |

[X]   **BY MAIL/EMAIL** – as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE** – I caused the aforementioned document(s) to be personally served upon the addressee(s) as indicated above.

[ ]   **BY FACSIMILE** – On March 28, 2014 at 4:40 p.m., I caused the aforementioned document(s) to be transmitted by facsimile transmission, from a facsimile transmission machine whose telefax number is (213) 627-7795, upon the addressee(s) as indicated above. The above described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

[ X ]   **FEDERAL**– I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

| | |
|---|---|
| Jean-Paul Lundy | *Jean-Paul Lundy* |
| (name) | (signature) |