# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RANKIN BROCK,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT; and<br>DOES 1-200, inclusive,<br><br>Defendants. | CASE NO. 1:18-CV-01615-DAD-EPG<br><br>Hon. Dale Alan Drozd<br>Magistrate Judge: Hon. Erica P. Grosjean<br><br>**ORDER ON PARTIES' JOINT STIPULATION TO AMEND THE SCHEDULING ORDER TO EXTEND PRE-TRIAL RELATED DATES AND DEADLINES (ECF NO. 9)**<br><br>Trial: October 20, 2020 |

## **ORDER**

Based upon the Joint Stipulation of the Parties and good cause appearing therefore, IT IS HEREBY ORDERED AND MODIFIED AS FOLLOWS:

All current dates and deadlines referenced herein below as previously set forth in the Scheduling Order (ECF No. 9) are vacated and continued, as follows:

- March 16, 2020 – Non-Expert Discovery Due
- April 3, 2020 – Designation of Expert Witnesses Due
- May 4, 2020 – Rebuttal Designation of Expert Witnesses Due
- May 29, 2020 – Expert Discovery Due
- June 29, 2020 – Deadline to File Dispositive Motions.

IT IS SO ORDERED.

Dated: **October 23, 2019**

/s/ *Erin P. Gros[...]*
UNITED STATES MAGISTRATE JUDGE