# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RAHKIN BROCK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO ON BEHALF OF FRESNO COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendants. | Case No. 1:18-cv-01615-DAD-EPG<br><br>ORDER GRANTING THE PARTIES' JOINT MOTION TO ALTER SCHEDULING ORDER<br><br>(ECF NO. 2) |

The Court held a status conference in this matter on February 24, 2020. Ashley Reyes appeared telephonically for Defendant. Loyst Fletcher appeared telephonically for Defendants. The parties stipulated to an extension of scheduling order deadlines. The Court approved the stipulation, finding that the parties slowed discovery to attempt settlement negotiations, which were ultimately unsuccessful. Accordingly, the scheduling order is amended as follows:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | March 16, 2020 | September 18, 2020 |
| Designation of Expert Witnesses | April 3, 2020 | October 2, 2020 |
| Rebuttal Designation of Expert Witnesses | May 4, 2020 | November 6, 2020 |
| Expert Discovery | May 29, 2020 | November 30, 2020 |

1

| Deadline to File Dispositive Motions | June 29, 2020 | December 31, 2020 |
| Pre-Trial Conference[1] | July 27, 2020 | March 1, 2021 at 3:00 p.m. |

Further, the Court will hold a further status conference in this matter on September 15, 2020, in Courtroom 10 (EPG) at 9:30 a.m. The parties are directed to file a joint status report one week prior to the status conference. No further extensions will be granted absent exceptionally good cause.

IT IS SO ORDERED.

Dated: **February 25, 2020**           /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Per the "Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California" (ECF No. 25), no trial date will be selected at this time.