UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

ERNEST O'NEIL RAHKIN BROCK     Case No. 1:18-CV-01615-DAD-EPG

           Plaintiff,

v.

COUNTY OF FRESON ON BEHALF OF
FRESNO COUNTY SHERRIFF'S
DEPARTMENT
           Defendant(s).

I, __LOYST FLETCHER JR.__,

attorney for __ERNEST O'NEIL RAHKIN BROCK__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Loyst Fletcher Jr. & Associates |
| Address: | 718 Beach St. |
| City: | Flint |
| State: | MI    ZIP Code: 48502 |
| Voice Phone: | (810) 238-4410 |
| FAX Phone: | (810) 238-0726 |
| Internet E-mail: | fletcher@loystlaw.com |
| Additional E-mail: | lfletcherj@aol.com |
| I reside in City: | Flint    State: Michigan |

I was admitted to practice in the __Michigan State Courts__ (court) on __May 17, 1979__ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Loyst P. Fletcher

Firm Name: Law Offices of Loyst P. Fletcher

Address: 555 W. 5th Street

35th Floor

City: Los Angeles

State: CA   ZIP Code: 90013

Voice Phone: ( 424 ) 231-2864

FAX Phone: ( 213 ) 402-7663

E-mail: loyst@lpfletcherlaw.com

Dated: 04/07/2020   Petitioner: /s/ Loyst Fletcher Jr.

**ORDER**

IT IS SO ORDERED.

Dated:  **April 16, 2020**            /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE