James D. Weakley, Esq.  Bar No. 082853
Ashley N. Reyes, Esq.    Bar No. 312120

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Ashley@walaw-fresno.com

Attorneys for Defendant, County of Fresno on behalf of Fresno County Sheriff's Department

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RANKIN BROCK, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT; and DOES 1-200, inclusive, <br><br> Defendants. | CASE NO. 1:18-CV-01615-DAD-EPG <br><br> **STIPULATION AND JOINT REQUEST FOR MODIFICATION OF SCHEDULING ORDER** <br><br> [Proposed Order filed concurrently herewith] <br><br> Complaint Filed: October 11, 2018 <br> Trial Date: <br><br> **Public Entity Exempt from Filing Fees Pursuant to Government Code section 6103** |

Plaintiff, ERNEST O'NEIL RANKIN BROCK and Defendant COUNTY OF FRESNO on behalf of Fresno County Sheriff's Department, by and through their attorneys of record, stipulate as follow:

### Good Cause Statement re Modification

1. On February 25, 2020, the Court approved the parties' stipulation to extend the scheduling order deadlines for completion of non-expert discovery, expert disclosures, expert discovery, and the filing of dispositive motions [Doc. 27].

---

Stipulation for Modification of Scheduling Order

1

2. At this stage of the litigation the parties have propounded written discovery and the Plaintiff took the deposition of Corizon employee Dr. Danielle Bradshaw. The parties were forced to cancel the depositions of several of the County's 30(b)(6) witnesses because Plaintiff's counsel Caitlin J. Scott was forced to quarantine after becoming seriously ill within days of a family member to whom she was exposed tested positive for COVID-19. The parties will be re-setting the depositions of the Plaintiff's family members and the County's 30(b)(6) witnesses.

3. The parties have met and conferred and agree that due to circumstances outside of the parties' control, including the COVID-19 pandemic and sheltering in place orders, the parties have been unable to complete the necessary discovery prior to trial.

4. The parties agree that Good Cause exists for: (1) an extension of the non-expert and expert discovery deadlines; (2) an extension of the dispositive motion filing and hearing deadlines; and (3) a continuance of the Trial Readiness Conference in this matter as proposed in the stipulation herein below.

### Stipulation Regarding Scheduling Order

1. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate to and jointly request that the Court issue an Order modifying the operative scheduling order in this case along the following lines and/or in a manner comparable to the following proposed amended schedule:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | September 18, 2020 | May 14, 2021 |
| Designation of Expert Witnesses | October 2, 2020 | June 4, 2021 |
| Rebuttal Designation of Expert Witnesses | November 6, 2020 | July 5, 2021 |
| Expert Discovery | November 30, 2020 | July 30, 2021 |
| Deadline to File Dispositive Motions | December 31, 2020 | August 31, 2021 |
| Pre-Trial Conference | March 1, 2021 at 3:00 p.m. | November 1, 2021 |

Stipulation for Modification of Scheduling Order

IT IS SO STIPULATED.

DATED: August 28, 2020                    Law Offices of Loyst P. Fletcher

                                                        */s/ Loyst P. Fletcher[1]*
                                            Loyst P. Fletcher
                                            Caitlin J. Scott
                                            Attorneys for Plaintiff
                                            Ernest O'Neil Rankin Brock

DATED: August 28, 2020                    WEAKLEY & ARENDT
                                            A Professional Corporation

                             By:      */s/ Ashley N. Reyes*
                                            James D. Weakley
                                            Ashley N. Reyes
                                            Attorneys for Defendant
                                            COUNTY OF FRESNO

---

[1] Electronic signature authorized via email on August 28, 2020.