1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERNEST O'NEIL RANKIN BROCK, | ) | CASE NO. 1:18-CV-01615-DAD-EPG |
| Plaintiff, | ) ) ) | **ORDER RE MODIFICATION OF SCHEDULING ORDER** |
| v. | ) ) | |
| COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT; and DOES 1-200, inclusive, | ) ) ) ) ) | (ECF No. 31) |
| Defendants. | ) | |

On August 31, 2020, the parties filed a Stipulation and Joint Request for Modification of Scheduling Order. (ECF No. 31). Pursuant to the stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Order is hereby modified as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Status Conference | September 15, 2020 | February 10, 2021 at 9:30 a.m. |
| Non-Expert Discovery | September 18, 2020 | May 14, 2021 |
| Designation of Expert Witnesses | October 2, 2020 | June 4, 2021 |
| Rebuttal Designation of Expert Witnesses | November 6, 2020 | July 5, 2021 |
| Expert Discovery | November 30, 2020 | July 30, 2021 |
| Deadline to File Dispositive Motions | December 31, 2020 | August 31, 2021 |
| Pre-Trial Conference | March 1, 2021 at 3:00 p.m. | February 7, 2022 at 1:30 p.m. |
| Trial | Not set | April 12, 2022 at 8:30 a.m. |

For telephonic participation in the status conference continued to February 10, 2021, each is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode

1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **September 2, 2020**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE