Loyst P. Fletcher (SBN 175539)
loyst@lpfletcherlaw.com
Caitlin J. Scott (SBN 310619)
cscott@lfpfletcherlaw.com
LAW OFFICES OF LOYST P. FLETCHER
555 W. 5th Street, 35th Floor
Los Angeles, CA 90013

Stuart R. Chandler (SBN 088969)
**STUART R. CHANDLER, APC**
761 East Locust Avenue, Suite 101
Fresno, California 93720
Telephone: (559) 431-7770
stuart@chandlerlaw.com

Attorneys for Plaintiff ERNEST O'NEIL RANKIN BROCK

James D. Weakley, Esq. Bar No. 082853
Ashley N. Reyes, Esq. Bar No. 312120

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Ashley@walaw-fresno.com

Attorneys for Defendant, County of Fresno on behalf of Fresno County Sheriff's Department

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST O'NEIL RANKIN BROCK,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT; and DOES 1-200, inclusive,<br><br>Defendants. | CASE NO. 1:18-CV-01615-DAD-EPG<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: October 11, 2018<br>Trial Date: April 12, 2022 |

Plaintiff, ERNEST O'NEIL RANKIN BROCK; and Defendant COUNTY OF FRESNO, by and through their attorneys of record, hereby submit the following Joint Status Report pursuant to the Court's Order [Doc. 33].

**STATUS REPORT**

**1. Plaintiff's Status**

Since the informal discovery hearing held on January 13, 2021, Defendant's counsel has not advised Plaintiff whether it will be able to designate a witness for certain categories it has previously asserted it would be unable to do so pursuant Plaintiff's 30(b)(6) notice. Moreover, despite Defendant's counsel's meeting with its client to determine whether it would be able to produce such a witness, Defendant has not agreed agreed to produce any witness, or witnesses, for any of the following categories:

- Policies or procedures regarding inmate mental health evaluations;
- Policies or procedures regarding inmate mental health plans;
- Policies or procedures regarding inmate mental health diagnostics of inmates;
- Policies or procedures regarding inmate mental health regarding testing, x-rays, and/or head or neck injuries;
- Policies or procedures for guidelines pertaining to its own inmate healthcare providers, etc.

Defendant has not disclosed whether it is going to produce a witness as to the categories it previously asserted it was unable to produce a witness for. Plaintiff just recently received the transcript from the hearing on January 13, 2021 and is currently reviewing. Plaintiff and Plaintiff's counsel hopes to resolve additional issues, if any, at the hearing on February 10, 2021.

**2. County of Fresno's Status**

As instructed by the Court after the discovery hearing on January 13, 2021, the parties were required to meet and confer further on the Plaintiff's 30(b)(6) deposition topics. In preparation of this meet and confer, Defense Counsel has met with its clients to determine

whether it is able to designate a witness for Plaintiff's 30(b)(6) topics that it had objected to. Defendant can provide a witness for almost all of Plaintiff's topics, however, further clarification is still needed for a few topics. Defense Counsel intends to discuss the topics it is able to provide a witness for, as well as those topics in which it needs further clarification on during the meet and confer with Plaintiff's counsel.

As of the date of the filing of this report, the meet and confer between the parties has not occurred.

DATED: February 3, 2021

LAW OFFICES OF LOYST P. FLETCHER

/s/ *Caitlin J. Scott*[1]__________
Loyst P. Fletcher
Caitlin J. Scott
Attorneys for Plaintiff
ERNEST O'NEIL RANKIN BROCK

DATED: February 3, 2021

WEAKLEY & ARENDT
A Professional Corporation

By: *__/s/ Ashley N. Reyes________*
James D. Weakley
Ashley N. Reyes
Attorneys for Defendant
COUNTY OF FRESNO

[1] Authorized via email on February 3, 2021.