UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RAHKIN BROCK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendant. | No. 1:18-cv-01615-DAD-EPG<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 46) |

On May 3, 2021, the parties filed a stipulated request to modify the scheduling order. (ECF No. 46). This is the parties' fourth such request. (*See* ECF Nos. 17 (stipulated first request), 19 (granting ECF No. 17), 26 (minute order noting second request, which was for an informal conference regarding scheduling issues), 27 (granting second request), 31 (stipulated third request), 33 (granting third request)). The Court also held a telephonic status conference on February 10, 2021, regarding the difficulties the parties were having with conducting Rule 30(b)(6) depositions. (*See* ECF Nos. 42 (joint status report), 44 (minutes of status conference)). The parties subsequently informed the Court they had met and conferred and resolved their issues with the Rule 30(b)(6) depositions and did not require a motion to compel hearing.

The parties' fourth request concerns delays in depositions. The parties state that Defendant has identified seven Rule 30(b)(6) deponents, and five of the depositions have been taken.

1 | Plaintiff needs to take the other two Rule 30(b)(6) depositions and the deposition of Assistant
2 | Sheriff Stephen McComas. Defendant intends to depose Plaintiff and his family members after
3 | Plaintiff finishes taking depositions.

The Court finds good cause to extend deadlines. However, the Court considers the dates below firm. In addition, although the parties requested not to move the pretrial conference or trial, the Court will continue those dates as the parties have modified the dispositive motion filing deadline date.

Accordingly, IT IS HEREBY ORDERED that the Court's Scheduling Order is hereby modified as follows:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | May 14, 2021 | July 16, 2021 |
| Designation of Expert Witnesses | June 4, 2021 | August 6, 2021 |
| Rebuttal Designation of Expert Witnesses | July 5, 2021 | August 31, 2021 |
| Expert Discovery | July 30, 2021 | September 30, 2021 |
| Deadline to File Dispositive Motions | August 31, 2021 | October 29, 2021 |
| Pre-Trial Conference | February 7, 2022 at 1:30 p.m. | April 4, 2022 at 1:30 p.m. |
| Trial | April 22, 2022 at 8:30 a.m. | June 7, 2022 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **May 4, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE