UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RAHKIN BROCK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendant. | No. 1:18-cv-01615-DAD-EPG<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 49) |

On August 2, 2021, the parties filed a stipulated request to modify the scheduling order.[1] (ECF No. 49). This is the parties' fifth such request. (*See* ECF Nos. 17 (stipulated first request), 19 (granting ECF No. 17), 26 (minute order noting second request, which was for an informal conference regarding scheduling issues), 27 (granting second request), 31 (stipulated third request), 33 (granting third request) 46 (stipulated fourth request), 47 (granting fourth request).

The parties' fifth request concern delays in expert reports. The parties state that they have completed all non-expert discovery but that with "scheduling conflicts with Plaintiff's several retained experts, Plaintiff has determined that it is not possible to obtain the rather extensive and

---

[1] The parties filed an earlier request on July 30, 2021, requesting modifications to the scheduling order. (ECF No. 48). However, because that stipulation was not signed by all parties, the parties filed a fully signed version of the stipulation on August 2, 2021.

detailed expert reports required per FRCP 26 (a)(2)(b) to designate by the August 6, 2021 deadline." (ECF No. 49, p. 3). The parties request an extension of their expert and dispositive motion deadlines but do not request an extension of the pre-trial or trial dates.

On August 3, 2021, the Court conducted a telephonic status conference to discuss the request. (*See* ECF No. 50).

After hearing from the parties, the Court finds good cause to extend the deadlines. However, the Court considers the dates below firm. In addition, although the parties requested not to move the pretrial conference or trial, the Court will continue those dates as the parties have modified the dispositive motion filing deadline date.

Accordingly, IT IS HEREBY ORDERED that the Court's Scheduling Order is hereby modified as follows:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Designation of Expert Witnesses | August 6, 2021 | October 6, 2021 |
| Rebuttal Designation of Expert Witnesses | August 31, 2021 | November 1, 2021 |
| Expert Discovery | September 30, 2021 | November 30, 2021 |
| Deadline to File Dispositive Motions | October 29, 2021 | January 21, 2022 |
| Pre-Trial Conference | April 4, 2022 at 1:30 p.m. | June 27, 2022 at 1:30 p.m. |
| Trial | June 7, 2022 at 8:30 a.m. | August 30, 2022 at 8:30 a.m. |

Additionally, no later than 14 days after any dispositive motions are ruled on, and if any claims remain, the parties shall email Courtroom Deputy Michelle Rooney at mrooney@caed.uscourts.gov regarding their intentions as to a settlement conference.

IT IS SO ORDERED.

Dated:   **August 3, 2021**                              /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE