UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RAHKIN BROCK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendant. | No. 1:18-cv-01615-DAD-EPG<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 53) |

On November 4, 2021, the parties filed a stipulated request to modify the scheduling order. (ECF No. 49). This is the parties' sixth such request. (*See* ECF Nos. 17 (stipulated first request), 19 (granting ECF No. 17), 26 (minute order noting second request, which was for an informal conference regarding scheduling issues), 27 (granting second request), 31 (stipulated third request), 33 (granting third request) 46 (stipulated fourth request), 47 (granting fourth request), 49 (stipulated fifth request), 52 (granting fifth request)).

The parties' sixth request concern delays in expert depositions. The parties state that they "there are 13 expert witnesses between the Parties, with less than 30 days, during the beginning of the holiday season, to schedule depositions" and they will "be irreparabl[y] harmed and prejudiced without an extension of the expert discovery cutoff because additional time is needed to coordinate depositions between three attorneys' offices and their respective experts." (ECF no.

1

53, pp. 2-3). The parties request an extension of their expert-discovery and dispositive-motion deadlines but do not request an extension of the pre-trial or trial dates.

Finding good cause for this extension, IT IS HEREBY ORDERED that the Court's Scheduling Order is hereby modified as follows:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Expert Discovery | November 30, 2021 | January 28, 2022 |
| Deadline to File Dispositive Motions | January 21, 2022 | March 22, 2022 |
| Pre-Trial Conference | June 27, 2022 at 1:30 p.m | Unchanged |
| Trial | August 30, 2022 at 8:30 a.m. | Unchanged |

Additionally, IT IS FURTHER ordered that no further extensions of the expert discovery or dispositive motion deadlines will be granted in this case. And, no later than 14 days after any dispositive motions are ruled on, if any claims remain, the parties shall email Courtroom Deputy Michelle Rooney at mrooney@caed.uscourts.gov regarding their intentions as to a settlement conference.

IT IS SO ORDERED.

Dated:   **November 5, 2021**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2