James D. Weakley, Esq.     Bar No. 082853
David Gonzalez, Esq.       Bar No. 333121
WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
David@walaw-fresno.com

Attorneys for Defendant, County of Fresno, which includes Fresno County Sheriff's Department

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RANKIN BROCK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERRIFF'S DEPARTMENT; and DOES 1-200, inclusive,<br><br>　　　　Defendants. | CASE NO.  1:18-CV-01615-DAD-EPG<br><br>**DEFENDANT'S NOTICE OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SURREPLY (ECF NO. 64) TO DEFENDANT'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION** |

PLEASE TAKE NOTICE that Defendant County of Fresno, on behalf of Fresno County Sheriff's Department moves to strike Plaintiff Ernest O'Neil Rankin Brock's surreply styled as "Plaintiff's Ernest O'Neal Rankin Brock's Response to Defendant County of Fresno's Evidentiary Objections to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or Alternatively, Summary Adjudication" (ECF No. 64), and to deem the unauthorized surreply/amendment as null.

Def.'s Ntc of Def.'s Mot. Strike
Pl.'s Response to Def.'s Evidentiary Obj.

1

1   This motion is based on this notice and motion, memorandum of points and authorities,
2  the pleadings, records, and files in this action, and such other matters as may properly come
3  before this Court.

4
5  DATED: April 25, 2022               **WEAKLEY & ARENDT**
                                       A Professional Corporation
6
7                                      */s/ David Gonzalez*  _
                                       James D. Weakley
                                       David Gonzalez
8                                      Attorneys for Defendant