James D. Weakley, Esq.        Bar No. 082853
David Gonzalez, Esq.          Bar No. 333121
WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
David@walaw-fresno.com

Attorneys for Defendant, County of Fresno, which
includes Fresno County Sheriff's Department

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RANKIN BROCK, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT; and DOES 1-200, inclusive, <br><br> Defendants. | CASE NO.  1:18-CV-01615-DAD-EPG <br><br> **DEFENDANT'S POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SURREPLY (ECF NO. 64) TO DEFENDANT'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION** |

Defendant County of Fresno, on behalf of Fresno County of Sheriff, hereby submits its memorandum of points and authorities in support of its Motion to Strike Plaintiff's Response to Defendant's Evidentiary Objections to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Or Alternatively, Summary Adjudication.

///

Def.'s P&As ISO Def.'s Mot. Strike
Pl.'s Response to Def.'s Evidentiary Obj.

1

## I. INTRODUCTION

On March 22, 2022, Defendant file a Motion to Summary Judgment, or Alternatively, Summary Adjudication. (ECF No. 55). On April 5, 2022, Plaintiff filed an Opposition to Defendant's Motion for Summary Judgment, or Alternatively, Summary Adjudication. (ECF No. 58). On April 15, 2022, Defendant filed an Evidentiary Objections as part of its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or Alternatively, Summary Adjudication. (*See*, ECF No. 62; *see also*, ECF No. 62-5). On April 22, 2022, Plaintiff filed a second Response to Defendant's Motion for Summary Judgment. (ECF No. 64).

## II. LEGAL ANALYSIS

A surreply is an additional reply to a motion filed after the motion has already been fully briefed. However, the U.S.D.C. Eastern District Local Rules ("Local Rules") 230 only provide for a motion, an opposition, and a reply. In fact, neither the Local Rules nor the Federal Rules of Civil Procedure provide the right to file a surreply or a second opposition. A district court may allow a surreply or amendment to be filed, but only "where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." *Hill v. England*, 2005 WL 3031136, *1 (E.D. Cal. No. 8, 2005), *quoting Fedrick v. Mercedes-Benz USA, LLC*, 336 F.Supp.2d 1190, 1197 (N.D. Ga. 2005).

In this case, the Court neither requested any surreplies nor granted a request by Plaintiff to file any surreplies or amendments. Under Local Rule 230(c), Plaintiff is not entitled to file multiple oppositions to the same motion. Plaintiff has not shown good cause for the court to allow him to file any surreplies or amendments. Plaintiff cannot be allowed to continuously file oppositions, objections, and replies as doing so wastes judicial time and resources. Plaintiff was entitled to file his opposition and address all of Defendant's arguments in that opposition. Nothing in his unauthorized surreply provides "new" information, unavailable to Plaintiff at the time he filed his opposition. Thus, this Court should strike the unauthorized pleading.

///

///

///

Def.'s P&As ISO Def.'s Mot. Strike
Pl.'s Response to Def.'s Evidentiary Obj.

2

1

**CONCLUSION**

2     For the foregoing reasons, Defendant requests that the Court strike and deem Plaintiff's

3   surreply null.

4

5   DATED: April 25, 2022                    **WEAKLEY & ARENDT**
                                             A Professional Corporation
6
                                             */s/David Gonzalez_____*
7                                            James D. Weakley
                                             David Gonzalez
8                                            Attorneys for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Def.'s P&As ISO Def.'s Mot. Strike
Pl.'s Response to Def.'s Evidentiary Obj.

3