Loyst P. Fletcher (SBN 175539)
loyst@lpfletcherlaw.com
LAW OFFICES OF LOYST P. FLETCHER
145 S. Spring Street, Unit 850
Los Angeles, CA 90012
Telephone: (310) 420-9250
Facsimile: (213) 420-7663

Loyst Fletcher, Jr., Admitted Pro Hac Vice
fletcher@loystlaw.com
Loyst Fletcher, Jr. & Associates
718 Beach Street
Flint, Michigan 48502-1105
(810) 238-4410

Stuart Chandler (SBN 175539)
stuart@chandlerlaw.com
CHANDLER LAW
761 E. Locust Avenue, Suite 101
Fresno, California 93720
(559) 431-7770  Telephone
(559) 431-7778  Facsimile

Attorneys for Plaintiff: ERNEST O'NEAL RANKIN BROCK

# UNITED STATES DISTRICT COURT

# EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST O'NEIL RANKIN BROCK,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO on behalf of FRESNO COUNTY SHERIFF'S DEPARTMENT; and DOES 1-200, inclusive,<br><br>Defendants. | Case No.: 1:18-CV-01615-DAD-EPG<br><br>**DECLARATION OF STUART R. CHANDLER IN SUPPORT OF MOTION FOR APPROVAL OF PROPOSED SETTLEMENT OF THE CLAIM OF DISABLED ADULT ERNEST O'NEAL RANKIN BROCK** |

- 1 -

LAW OFFICES OF LOYST P. FLETCHER
145 S. SPRING STREET, UNIT 850, LOS ANGELES, CA 90012

## DECLARATION OF STUART R. CHANDLER

1. I am over the age of 18, and I make this declaration based upon my own personal knowledge. If asked to testify about any matters herein, I can and will do so.

2. I am co-counsel for the Plaintiff. I joined Loyst P. Fletcher and Loyst Fletcher, Jr. as co-counsel of record in November of 2020 (although I began to collaborate with them several few months before that date).

3. The Motion for Approval on file with this Court provides a brief summary of my background. This Declaration is provided with the intent of it being considered as part of the evidence before this Court relative to the issue of attorney fees.

4. At the April 25, 2025 hearing, the Court questioned the requested fee of 40%, noted that a fee of 25% is the "benchmark" in the Ninth Circuit, but indicated that it was not necessarily bound to that amount in this instance.

5. To the extent that this Court would consider the prevailing contingent percentage in similar cases in state court, my experience suggests that 40% would be considered reasonable. For example, I represented a minor with burn injuries in Fresno County Superior Court case of *Porter v Debenedetto* (18CECG00170) where the case settled well before trial (and without an MSJ) for 2.5 million. I suggested to the Court that it approve a fee mid-way between a pre-litigation percentage of 1/3 and the 40% allowed by the fee agreement for being well into litigation. The Court approved the request (at 36.67%) in August of 2022. In a bus injury case in Merced County I presently represent a minor with serious injuries. While her claim is close to resolution, other minors on the bus have resolved their claims (with minimal litigation) with Court approval of a 40% attorney fee.

6. Over the past 15 years I have represented plaintiffs in about a dozen wage and hour class actions in various state courts in Central and Northern California. Like here, the courts in those cases are required to consider the interests of the plaintiffs/class members. In all of those cases (which settled in the 1 - 6 million dollar range) my co-counsel and I asked for and were awarded attorney fees of 35% of the gross recovery (except of one smaller case where Monterey County reduced the fee to 1/3). One of the class actions where a 35%

- 2 -

LAW OFFICES OF LOYST P. FLETCHER
145 S. SPRING STREET, UNIT 850, LOS ANGELES, CA 90012

LAW OFFICES OF LOYST P. FLETCHER
145 S. SPRING STREET, UNIT 850, LOS ANGELES, CA 90012

fee was awarded was *Pena v Taylor Farms* (2:13-cv-01282-KJM-AC). Judge Mueller of the Eastern District granted final approval in March of 2021 of the 5.3 million settlement with a 35% attorney fee (the amount requested). In *Aguilar v Wawona Frozen Foods* (No. 1:15-cv-00093-DAD-EPG and not one of my cases), this Court allowed for a fee of 1/3 (the amount requested) on a class action settlement of 4.5 million dollars.

7. Having been a contingent fee attorney in the Central Valley for over 40 years, past president of the Fresno Trial Lawyers Association, and having served on the Board of the Consumer Attorneys of California for over 20 years, my observation is that contingent percentages are generally higher now than in years past. Earlier in my practice, fees were often one-fourth to one-third for "pre-litigation" or perhaps early on in litigation, increasing to 40% at or near trial. I believe that contingent percentages have, over the past 10 or so years, increased to a norm of one-third pre-litigation and 40% upon filing suit or well into discovery.

8. Perhaps a reason for that is due to the significantly greater financial risk that contingent attorneys take these days. Higher fees for court reporters, expert witnesses, video demonstratives (such as animations) and more have greatly increased the investments required to provide quality representation. In a major injury case tried to verdict in Yolo County during COVID, my co-counsel and I invested over $430,000. The Brock case, through trial, would easily require an investment of well over $250,000. If Ernest Brock were not an "incompetent" adult with the fee subject to this Court's approval, I have no doubt that most attorneys would charge a fee of 40% (given the attorney time, the years, the expenses, the complexity, the risk, etc.).

9. In light of the foregoing, I submit that the requested fee of 40% is reasonable under the circumstances of this case. That in approving the fee request the Court would not have shirked its duty safeguard the plaintiff from an excessive fee. And that the net recovery to Ernest Brock is indeed more than a satisfactory outcome. If this Court is nevertheless inclined to limit the fee to something less, I would respectfully submit that the fee should be no less than 35%.

Case 1:18-cv-01615-DAD-EPG
DECLARATION OF STUART R. CHANDLER IN SUPPORT OF MOTION FOR
APPROVAL OF PROPOSED SETTLEMENTS OF THE CLAIM OF DISABLED ADULT
ERNEST O'NEAL RANKIN BROCK

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Executed this 30th day of May, 2025.

_____
Stuart R. Chandler,
Declarant

Case 1:18-cv-01615-DAD-EPG
DECLARATION OF STUART R. CHANDLER IN SUPPORT OF MOTION FOR
APPROVAL OF PROPOSED SETTLEMENTS OF THE CLAIM OF DISABLED ADULT
ERNEST O'NEAL RANKIN BROCK

LAW OFFICES OF LOYST P. FLETCHER
145 S. SPRING STREET, UNIT 850, LOS ANGELES, CA 90012