1  Loyst P. Fletcher (SBN 175539)
   loyst@lpfletcherlaw.com
2  LAW OFFICES OF LOYST P. FLETCHER
   145 S. Spring St., Unit 850
3  Los Angeles, CA 90013
   Telephone: (310) 420-9250
4  Facsimile: (213) 420-7663

5  Stuart R. Chandler (SBN 088969)
   **STUART R. CHANDLER, APC**
6  761 East Locust Avenue, Suite 101
   Fresno, California 93720
7  Telephone: (559) 431-7770
   stuart@chandlerlaw.com
8
   Attorneys for Plaintiff ERNEST O'NEIL RANKIN BROCK
9
   James D. Weakley, Esq.  Bar No. 082853
10 Brande L. Gustafson, Esq.  Bar No. 267130

11 WEAKLEY & ARENDT
   A Professional Corporation
12 5200 N. Palm Avenue, Suite 211
   Fresno, California 93704
13 Telephone: (559) 221-5256
   Facsimile: (559) 221-5262
14 Jim@walaw-fresno.com
   Brande@walaw-fresno.com
15
   Attorneys for Defendant, County of Fresno on behalf of Fresno County Sheriff's
16 Department

17                     **UNITED STATES DISTRICT COURT**
18
                        **EASTERN DISTRICT OF CALIFORNIA**
19

| 20 | ERNEST O'NEIL RANKIN BROCK, | ) CASE NO. 1:18-CV-01615-LHR-EPG |
|---|---|---|
| 21 | Plaintiff, | ) **STIPULATION FOR DISMISSAL;** ) **ORDER** |
| 22 | vs. | ) |
| 23 | COUNTY OF FRESNO on behalf of FRESNO | ) |
| 24 | COUNTY SHERIFF'S DEPARTMENT; and DOES 1-200, inclusive, | ) |
| 25 | Defendants. | ) |

26  / / /
27  / / /
28  / / /

---

Stipulated Dismissal

1

Plaintiff, ERNEST O'NEIL RANKIN BROCK; and Defendant COUNTY OF FRESNO, by and through their attorneys of record, hereby agree to the dismissal of this action with prejudice under Federal Rules of Civil Procedure 41(a). The parties further stipulate and agree that each party is to bear his/her own costs and attorney's fees.

RESPECTFULLY SUBMITTED:

DATED: September 10, 2025    LAW OFFICES OF LOYST P. FLETCHER

/s/ Loyst P Fletcher[1]
Loyst P. Fletcher
Attorneys for Plaintiff
ERNEST O'NEIL RANKIN BROCK

DATED: September 10, 2025    WEAKLEY & ARENDT
A Professional Corporation

By:    /s/ James D. Weakley
James D. Weakley
Brande L. Gustafson
Attorneys for Defendant
COUNTY OF FRESNO

**ORDER**

The above stipulation is APPROVED, and this action is DISMISSED WITH PREJUDICE.

DATED: 9/11/2025 , 2025

Lee H. Rosenthal
Senior United States District Judge

---

[1] Authorized via email on September 10, 2025.